## Luber *v.* Dickerson (et ux., Appellant).

Argued June 14, 1968. *Rich-*

*ard S. Clover,* for appellant; *Peter L. Gale,* with him *Harold Rosenthal,* for appellee.

Order affirmed.